

**COM.**

v.

**MADDOX, J.**

**1848 EDA 2015**

Superior Court of Pennsylvania.

07/25/2017

CP–51–CR–0004589–2012
(Philadelphia)

Affirmed

**COM.**

v.

**VASQUEZ, J.**

**528 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–51–CR–0001754–2011, (Philadelphia)

Quashed

**WARNER, L.**

v.

**PIETRINI, B.**

**618 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

No. 00980 January Term, 2015
(Philadelphia)

Affirmed

**COM.**

v.

**LOWRY, D.**

**1338 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–23–CR–0007108–2014 (Delaware)

Affirmed

**COM.**

v.

**LOWRY, D.**

**1342 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–23–CR–0007099–2014 (Delaware)

Affirmed

